Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
EUNICE QUINTANA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE QUINTANA | Case No.: 2:15-cv-01801-EFB |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| CAROLYN W. COLVIN,  Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

  Plaintiff Eunice Quintana and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 32 days from January 28, 2016 to February 29, 2016 for Plaintiff to file a Opening Brief; with Defendant's brief due March 30, 2016; and all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

-1-

1    This is Plaintiff's first request for an extension. This request is due to

2  Plaintiff's counsel mother requiring necessary surgery on December 14, 2015;

3  resulting in post-operative complications. Due to post-operative complication; case

4  will be internally re-assigned to counsel Cyrus Safa, from the same firm.

5  DATE: January 28, 2016          Respectfully submitted,

6                                  LAWRENCE D. ROHLFING

7                                        /s/ *Monica Perales*
                                    BY: _____

8                                   Monica Perales

9                                   Attorney for plaintiff Ms. Eunice Quintana

10

11  DATE:  January 28, 2016         BENJAMIN B. WAGNER
                                    *United States Attorney*

12                                  BOBBIE J. MONTOYA
                                    *Assistant United States Attorney*

13

14                                      /s/ *Armand D. Roth*

15                                  BY: _____

16                                  Armand D. Roth
                                    Special Assistant United States Attorney
                                    Attorneys for defendant Carolyn W. Colvin

17                                  |*authorized by e-mail|

18

19  **So Ordered.**

20  DATED:  February 3, 2016.

                                    EDMUND F. BRENNAN
21                                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

-2-